# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OCHOA,           )<br>                            )<br>          Plaintiff,    )<br>                            )<br>   v.                      )<br>                            )<br>MICHAEL J. ASTRUE,    )<br>Commissioner of Social Security,    )<br>                            )<br>          Defendant.    )<br>                            )<br>_____) | Case No.: 1:12-cv-00604-SKO<br><br>**ORDER GRANTING PLAINTIFF'S<br>APPLICATION TO PROCEED IN<br>FORMA PAUPERIS**<br><br>(Doc. 4) |

Plaintiff Richard Ochoa filed a complaint on April 16, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff amended the application to proceed *in forma pauperis* on April 18, 2012.  (Doc. 4.)  Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   __April 19, 2012__            __/s/ Sheila K. Oberto__
                                   UNITED STATES MAGISTRATE JUDGE