# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OCHOA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:12-cv-00604-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 4) |

Plaintiff Richard Ochoa filed a complaint on April 16, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff amended the application to proceed *in forma pauperis* on April 18, 2012. (Doc. 4.) Plaintiff's amended application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   April 19, 2012**            /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE