1  Marc V. Kalagian
2  Attorney at Law: 149034
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail:rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff RICHARD OCHOA
6

7
                    **UNITED STATES DISTRICT COURT**
8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10 RICHARD OCHOA,                    ) Case No. 1:12-cv-604-SKO
                                     )
11         Plaintiff,                ) **STIPULATION TO EXTEND**
   v.                                ) **TIME; ORDER THEREON**
12                                   )
   MICHAEL J. ASTRUE,                )
13 Commissioner of Social Security.  )
                                     )
14         Defendant.                )
15                                   )
                                     )
16 _____)

17     TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE

18 OF THE DISTRICT COURT:

19     IT IS HEREBY STIPULATED by and between the parties, through their

20 respective counsel, that Plaintiff shall have a 42 day extension of time, to and

21 including January 18, 2013, in which to file his opening brief.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-1-

1   This request is made at the request of Plaintiff's counsel to allow additional
2   time to fully research the issued presented.
3   DATE: December 7, 2012                    Respectfully submitted,
4                                             ROHLFING & KALAGIAN, LLP
5                                                /s/ *Marc V. Kalagian*
6                                             BY: _____
                                              Marc V. Kalagian
7                                             Attorney for plaintiff Richard Ochoa

9   DATE:  December 7, 2012
10                                            BENJAMIN B. WAGNER
                                              United States Attorney
11
12                                               /s/ *Lynn M. Harada**
13                                            BY: _____
                                              Lynn M. Harada
14                                            Special Assistant United States Attorney
                                              Attorneys for defendant Michael Astrue
15                                            |*authorized by e-mail|

19  IT IS SO ORDERED.
20
21      Dated:   **December 11, 2012**              **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

-2-