# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OCHOA,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____ | Case No.: 1:12-cv-00604-sKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 18) |

On January 18, 2013, the parties filed a stipulated request that Plaintiff be granted a second extension of time until February 8, 2013, to file an opening brief due to Plaintiff's counsel's workload and illness.[1]  (Doc. 18.)  The Court GRANTS the parties' request.  However, absent a showing of truly good cause, Plaintiff will **not** be granted any additional extensions in this action.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file an opening brief **on or before February 8, 2013**;

2. The Commissioner shall file a responsive brief **on or before March 11, 2013**; and

3. Plaintiff may file a reply brief **on or before March 26, 2013**.

IT IS SO ORDERED.

**Dated:   January 18, 2013**            /s/ Sheila K. Oberto
                                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Local Rules of the United States District Court, Eastern District of California, Rule 144(d) controls the time for requesting extensions and states that "[c]ounsel shall seek to obtain a necessary extension . . . as soon as the need for an extension becomes apparent.  Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor."  The parties requested this extension on January 18, 2013, the day the opening brief was due pursuant to the previously granted extension.  (Doc. 17.)  While the Court will grant this extension, counsel is advised to strive to adhere to Local Rule 144 and to request an extension when the need becomes apparent, not when the filing is due.