# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OCHOA,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:12-cv-00604-sKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 21) |

On March 7, 2013, the parties filed a stipulated request that the Commissioner be granted an extension of time until April 10, 2013, to file an opposition brief due to the Commissioner's counsel's workload and pre-approved leave. (Doc. 21.) The Court GRANTS the parties' request. However, while this is Defendant's first request for an extension of time, it is the third overall request for an extension of time in this case. As such, absent a showing of truly good cause, the parties will **not** be granted any additional extensions in this action.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Commissioner shall file a responsive brief **on or before April 10, 2013**; and

2. Plaintiff may file a reply brief **on or before April 25, 2013**.

IT IS SO ORDERED.

**Dated:    March 8, 2013**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE